ML:LRO
F. #2021R00327

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

INDIE COUNCIL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

21-494 M

COMPLAINT AND
AFFIDAVIT IN
SUPPORT OF
APPLICATION FOR
AN ARREST
WARRANT

(18 U.S.C. § 1703)

EASTERN DISTRICT OF NEW YORK, SS:

        Jacabed Ventura, being duly sworn, deposes and states that she is a Special Agent with the United States Postal Service, Office of Inspector General, duly appointed according to law and acting as such.

        In or about February 2021, within the Eastern District of New York and elsewhere, the defendant INDIE COUNCIL, being a Postal Service Employee, did knowingly and unlawfully secrete, destroy, detain and delay letters, mail, articles and things contained therein entrusted to her which were intended to be conveyed by mail.

        (Title 18, United States Code, Section 1703)

        The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      I am a Special Agent with the United States Postal Service, Office of Inspector General ("USPS OIG") and have been involved in the investigation of numerous cases involving the theft, destruction and delay of mail. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

2.      The defendant INDIE COUNCIL is an employee of the United States Postal Service. In or about February 2021, COUNCIL was a letter carrier assigned to the New Lots Station in Brooklyn, New York. COUNCIL was assigned to deliver mail along Route 2 in East New York.

3.      On or about February 25, 2021, the USPS OIG received information in reference to multiple bags of mail located in COUNCIL's personal vehicle after COUNCIL's shift had ended. I have determined through a review of Postal Service records that COUNCIL is not authorized to use her personal vehicle to deliver mail.

4.      On or about February 26, 2021, COUNCIL informed a manager at the New Lots Station that she was sick and would not be reporting to work. That day, USPS OIG located COUNCIL in a parking lot near her residence in Inwood, New York. USPS OIG observed undelivered mail spread on the ground near COUNCIL's vehicle.

5.      USPS OIG approached COUNCIL in the parking lot. COUNCIL was advised of her Miranda rights and agreed to waive those rights and speak with agents without an attorney present. In sum and substance and in part, COUNCIL stated that she was "sorting" the mail. COUNCIL confirmed that she did not finish delivering the mail on February 25, 2021 and

that she possessed undelivered mail. COUNCIL also stated that this was not the first time that she did not deliver mail assigned to her.

6. In total, law enforcement recovered approximately 5,894 pieces of mail and approximately 158 parcels from COUNCIL on February 26, 2021. Many of the pieces of mail were intended to be delivered to residents and businesses in Brooklyn, New York.

WHEREFORE, your deponent respectfully requests an arrest warrant for the defendant INDIE COUNCIL so that she may be dealt with according to law.

IT IS FURTHER REQUESTED that all papers in support of this application, including this complaint and affidavit, be sealed until further order of the Court. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet. Therefore, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the target an opportunity to flee from prosecution.

_____
Jacabed Ventura
Special Agent, United States Postal Service, Office of Inspector General

Sworn to before me by telephone this
21 day of April, 2021

_____Robert Levy_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK